CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Jose Gastelum**<br>DOB: xx-xx-1995; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>16-01664MJ |

Complaint for violation of Title 8      United States Code §§1324(a)(2)(B)(ii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about April 21, 2016, at or near Lukeville, in the District of Arizona, **Jose Gastelum**, knowing or in reckless disregard that a certain alien, namely Omar Sanchez-Hernandez, had come to, entered, and remained in the United States in violation of law, did bring to or attempt to bring to the United States said alien, in any manner whatsoever, regardless of any official action which may later be taken with respect to said alien, placing in jeopardy the life of any person, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Section §1324(a)(2)(B)(ii)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about April 21, 2016, at or near Lukeville, in the District of Arizona, United States Border Patrol (USBP) Agents encountered a tan Mercury Grand Marquis at the USBP State Route 85 Immigration Checkpoint. Agents identified the driver of the Marquis as **Jose Gastelum.** When questioned about his travel history, **Gastelum** told agents that he had crossed into the United States from Mexico on foot at the Lukeville Port of Entry (POE). Agents determined that this statement was untrue by confirming with Customs and Border Protection Officers at the Lukeville POE that **Gastelum** had not crossed on that day. When confronted with these facts, **Gastelum** told agents that there was an individual in the trunk of the Marquis.

In the secondary inspection area of the checkpoint, agents located Omar Sanchez-Hernandez within the trunk of the Marquis. Agents performed an immigration inspection on the occupants of the vehicle and determined that Sanchez-Hernandez was not a citizen or national of the United States and did not possess any documentation that would allow him to enter or remain in the United States legally.

The material witness, Sanchez-Hernandez, stated that he had made arrangements to be smuggled into the United States for money. Sanchez-Hernandez stated that after entering the United States illegally, he was guided to a gas station where he was to wait for a tan vehicle. Sanchez-Hernandez stated that he has instructed to immediately get into the trunk of the vehicle when it arrived. Sanchez-Hernandez stated that once the vehicle arrived, he immediately got into the trunk, and that the vehicle drove for approximately 30-40 minutes before reaching the checkpoint.

MATERIAL WITNESS IN RELATION TO THE CHARGE: Omar Sanchez-Hernandez

| DETENTION REQUESTED<br>   Being duly sworn, I declare that the foregoing is<br>   true and correct to the best of my knowledge.<br><br>AUTHORIZED BY: AUSA DPF *[signature] for DPF* | SIGNATURE OF COMPLAINANT<br>*[signature]*<br><br>OFFICIAL TITLE<br>US Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br><br>SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature]* | DATE<br>April 22, 2016 |

1) See Federal rules of Criminal Procedure Rules 3 and 54